IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| WILLIAM BAXTER | § | |
| VS. | § | CIVIL ACTION NO. 1:22cv71 |
| TDCJ-CID | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff William Baxter, an inmate at the Stiles Unit, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court.  The magistrate judge recommends dismissing this action without prejudice.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  A copy of the Report and Recommendation was mailed to Plaintiff at the address provided to the Court.  The receipt of delivery for the Report was executed on March 30, 2022. No objections to the Report and Recommendation of United States Magistrate Judge have been filed.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the Report and Recommendation of Magistrate Judge is ADOPTED.   A separate

Final Judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 6th day of June, 2022.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge